NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BO BAIL BONDS, the Surety,      )
      )
      Appellant,      )
      )
v.      )      Case No. 2D18-2801
      )
COLLIER COUNTY CLERK OF      )
COURTS,      )
      )
      Appellee.      )
_____)

Opinion filed June 21, 2019.

Appeal from the Circuit Court for Collier
County; Frederick R. Hardt, Judge.

Christopher H. Brown of Brown, Suarez,
Rios & Weinberg, P.A., Fort Myers, for
Appellant.

James D. Molenaar and Marni M. Scuderi,
Naples, for Appellee.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and SILBERMAN and VILLANTI, JJ., Concur.